UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:19-cv-10569-ADB

ANDRES RAMON MELO,

      Plaintiff,

vs.

CILLSTIFIANN INC. and
1357-1359 CAMBRIDGE STREET LLC,

      Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 27th day of August, 2019.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorney, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>P.O. Box 643<br>Lowell, Massachusetts 01853<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/Timothy R. Flaherty, Esq.<br>Timothy R. Flaherty, Esq.<br>Flaherty Law Offices<br>699 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 227-1800<br>Facsimile: (617) 367-1363<br>E-mail: timothyflaherty@gmail.com<br>Massachusetts Bar No.: 557477<br>Counsel for Defendants |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 27, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Timothy R. Flaherty, Esq.

WE HEREBY CERTIFY that on August 27, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.